| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Timothy Michael Mulvaney Sr.<br>_First Name   Middle Name   Last Name_ | Social Security number or ITIN   xxx–xx–9963<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Elizabeth Jane Mulvaney<br>_First Name   Middle Name   Last Name_ | Social Security number or ITIN   xxx–xx–5016<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–23357–VFP | | |

## Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Timothy Michael Mulvaney Sr.                    Elizabeth Jane Mulvaney
                                                aka Lisa J. Mulvaney


10/6/17                                         **By the court:**   Vincent F. Papalia
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                               **Order of Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                              Case No. 17-23357-VFP
Timothy Michael Mulvaney, Sr.                                       Chapter 7
Elizabeth Jane Mulvaney
          Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin              Page 1 of 2         Date Rcvd: Oct 06, 2017
                               Form ID: 318             Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2017.
db/jdb         +Timothy Michael Mulvaney, Sr.,    Elizabeth Jane Mulvaney,    193 Springbrook Trail,
                 Sparta, NJ 07871-2028
516912355       Bankcard Services,    PO Box 205458,    Dallas, TX 75320-5458
516912359      +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
516912365      +Genesis Bc/celtic Bank,    268 S State St Ste 300,    Salt Lake City, UT 84111-5314
516912366      +Harry & Jane Rymaniak,    8 Marine Terrace,    Sparta, NJ 07871-1219
516912368       Jim Rymaniak,    201 Adams Avenue,    River Edge, NJ 07661-1420
516912370      +Mid America Bk/total C,    PO Box 4499,    Beaverton, OR 97076-4499
516912371      +Midamerica/milestone/g,    Po Box 4499,    Beaverton, OR 97076-4499

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 06 2017 22:55:39       U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 06 2017 22:55:35       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516912357       EDI: CAPITALONE.COM Oct 06 2017 22:38:00       Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
516912356      +EDI: CAPITALONE.COM Oct 06 2017 22:38:00       Cap One,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516912358      +EDI: CHASE.COM Oct 06 2017 22:38:00       Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516912360      +EDI: WFNNB.COM Oct 06 2017 22:38:00       Comenity Bank/nwyrk&co,    220 W Schrock Rd,
                 Westerville, OH 43081-2873
516912361      +EDI: RCSFNBMARIN.COM Oct 06 2017 22:38:00       Credit One Bank Na,    Po Box 98875,
                 Las Vegas, NV 89193-8875
516912363      +EDI: DISCOVER.COM Oct 06 2017 22:38:00       Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
516912364      +EDI: AMINFOFP.COM Oct 06 2017 22:38:00       First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
516912362       EDI: IRS.COM Oct 06 2017 22:38:00       Department of the Treasury,    Internal Revenue Service,
                 PO Box 9019,    Holtsville, NY 11742-9019
516912369      +EDI: CBSKOHLS.COM Oct 06 2017 22:38:00       Kohls/capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
516912372      +EDI: RMSC.COM Oct 06 2017 22:38:00       Syncb/amazon,    Po Box 965015,   Orlando, FL 32896-5015
516912373      +EDI: RMSC.COM Oct 06 2017 22:38:00       Syncb/tjx Cos,    Po Box 965005,   Orlando, FL 32896-5005
516917391      +EDI: RMSC.COM Oct 06 2017 22:38:00       Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516912374       EDI: TFSR.COM Oct 06 2017 22:38:00       Toyota Motor Credit,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516912367*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2017 at the address(es) listed below:
              Dean G. Sutton    on behalf of Joint Debtor Elizabeth Jane Mulvaney dgs123@ptd.net
              Dean G. Sutton    on behalf of Debtor Timothy Michael Mulvaney, Sr. dgs123@ptd.net
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Oct 06, 2017
                              Form ID: 318             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;angiea@msklaw.net;jloewenstein@msklaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```