Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17–23357–VFP
Chapter:  7
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Timothy Michael Mulvaney Sr.  
193 Springbrook Trail  
Sparta, NJ 07871  

Elizabeth Jane Mulvaney  
aka Lisa J. Mulvaney  
193 Springbrook Trail  
Sparta, NJ 07871  

Social Security No.:
  xxx–xx–9963                                              xxx–xx–5016

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Steven P. Kartzman is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: October 24, 2017            Vincent F. Papalia
                                   Judge, United States Bankruptcy Court